1 | Glenn R. Kantor – SBN 122643
       Email: gkantor@kantorlaw.net
2 | Corinne Chandler - SBN 111423
       Email: cchandler@kantorlaw.net
3 | **KANTOR & KANTOR LLP**
  | 19839 Nordhoff Street
4 | Northridge, California 91324
  | Tel: (818) 886 2525
5 | Fax: (818) 350 6272
  | **Attorneys for Plaintiff,**
6 | **DANIEL COOPER.**

7 | Kurt C. Peterson - SBN 83941
       Email: kpeterson@reedsmith.com
8 | Kenneth N. Smersfelt - SBN 166764
       Email: ksmersfelt@reedsmith.com
9 | Amir Shlesinger - SBN 204132
       Email: ashlesinger@reedsmith.com
10 | Katherine W. Insogna - SBN 266326
       Email: kinsogna@reedsmith.com
11 | **REED SMITH LLP**
   | 355 S. Grand Avenue, Suite 2900
12 | Los Angeles, CA 90071
   | Tel: (213) 457-8000
13 | Fax: (213) 457-8080
   | **Attorneys for Defendant,**
14 | **Anthem Blue Cross Life and Health**
   | **Insurance Company**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COOPER, | Case No.: CV 12-6381 RSWL (PLAx) |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | |

1  IT IS HEREBY STIPULATED, by and between Plaintiff, Daniel Cooper, and
2  Defendant, Anthem Blue Cross Life and Health Insurance Company, by and through
3  their respective counsel of record, that this action shall be dismissed with prejudice.
4  Each party shall bear their own costs and attorney's fees.

Dated:  June 18, 2013                             KANTOR & KANTOR, LLP

                                                  By: */s/ Glenn R. Kantor*
                                                      Glenn R. Kantor
                                                      Attorneys for Plaintiff
                                                      Daniel Cooper

Dated:  June 18, 2013                             REED SMITH LLP

                                                  By  */s/ Katherine W. Insogna*
                                                      Katherine W. Insogna
                                                      Attorneys for Defendant
                                                      Anthem Blue Cross Life and Health
                                                      Insurance Company

**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525