JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COOPER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: CV 12-6381 RSWL (PLAx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

  Pending before the Court is the parties' Joint Stipulation for Dismissal of Action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the COURT GRANTS the joint stipulation and DISMISSES WITH PREJUDICE this action in its entirety. (Doc. 21.) Each party shall bear their own costs and attorneys' fees.

  **IT IS SO ORDERED**.

Dated: 6/21/2013

RONALD S.W. LEW
The Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge